# EXHIBIT 3

Barrington, RI

Date: MAR 2 3 2016

A True Copy *Meredith J. DeRita*
Attest: _____
Town Clerk

## ASSIGNMENT OF MORTGAGE

Mortgage Electronic Registration Systems, Inc., 1595 Spring Hill Road, Suite 310, Vienna, VA 22102 holder of a mortgage from Christopher Pemental to Mortgage Electronic Registration Systems, Inc. dated September 7, 2004, and recorded with the Records of Land Evidence in the Town of Barrington on September 8, 2004 at 11:35 a.m. at Book 869, Page 84 assigns said mortgage and the note and claim secured thereby to First Horizon Home Loan Corporation, 4000 Horizon Way, Irving, TX 75063    INST:    1456   Bk:  1035  Pg:  323

Property Address:    66-68 County Road, Barrington, RI 02806

IN WITNESS WHEREOF, the said Mortgage Electronic Registration Systems, Inc. has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by Thomas J. Walsh

this       day of April, 2007

Mortgage Electronic Registration Systems, Inc.

By: _____
Andrew S. Harmon, Vice President /Assistant Secretary*

*For signatory authority see Corporate Resolution recorded with the Records of Land Evidence in the Town of Barrington at Book1003, Page 155 on October 3, 2006 at 11:14 AM.

The Commonwealth of Massachusetts

Middlesex, ss                                                                         April    , 2007

On this ____ day of April 2007, before me, the undersigned notary public, personally appeared Andrew S. Harmon, proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as Vice President /Assistant Secretary

for Mortgage Electronic Registration Systems, Inc.)

_____(Affix Seal)
Notary Signature

My Commission Expires: _____

RECEIVED FOR RECORD
May 01,2007 10:35:59A
Barrington, R.I.
LORRAINE A. DEROIS
TOWN CLERK