# EXHIBIT 5

INST: 595 Bk: 1477 Pg: 195

Barrington, RI
Date: MAR 23 2016
A True Copy
Attest: Meredith J. DeSisto
Town Clerk

## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX, 75019, TELEPHONE # 888-480-2432, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, FIRST TENNESSEE BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO FIRST HORIZON HOME LOAN CORPORATION, WHOSE ADDRESS IS C/O NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2004-AA5, WHOSE ADDRESS IS C/O NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 09/07/2004, made by CHRISTOPHER PEMENTAL to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FIRST HORIZON HOME LOAN CORPORATION, ITS SUCCESSORS AND ASSIGNS, and recorded in the Land Evidence Records in the Town of BARRINGTON, State of Rhode Island, in Book 0869, Page 0084 and Instrument # 004117.

Property is commonly known as: 66 AND 68 COUNTY ROAD, BARRINGTON, RI 02806.

IN WITNESS WHEREOF, FIRST TENNESSEE BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO FIRST HORIZON HOME LOAN CORPORATION, by NATIONSTAR MORTGAGE LLC, its Attorney-in-Fact has hereunto set its hand on 3/3/2016 (MM/DD/YYYY).

By: _____
MOHAMED HAMEED
ASST. SECRETARY

Signed and delivered in the presence of:
_____
Valencia Metcalf                Witness

STATE OF Texas
COUNTY OF Dallas

The foregoing instrument was acknowledged before me on 03/03/2016 (MM/DD/YYYY), by MOHAMED HAMEED as ASST. SECRETARY of NATIONSTAR MORTGAGE LLC as Attorney-in-Fact for FIRST TENNESSEE BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO FIRST HORIZON HOME LOAN CORPORATION, who, as such ASST. SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Colleen Barnett
Notary Public - State of Texas
Commission expires: NOV 3 0 2019

COLLEEN BARNETT
Notary Public, State of Texas
Comm. Expires 11-30-2019
Notary ID 130453613

Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

When Recorded Return To:
NATIONSTAR MORTGAGE LLC
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

NSBAV 393765399 -- NSBAV   T2216024815; 0596836345-005   [PREP-1] FRMRH

*D0015168865*

RECEIVED FOR RECORD
Mar 16, 2016 09:17A
Barrington, R.I.
Meredith J. DeSisto
TOWN CLERK