# EXHIBIT

# 7

```
SR497CR-01                      Nationstar Mortgage LLC                      1/24/17  7:41:53
HPUR1036                        DETAIL TRANSACTION HISTORY                   JOB DT:  1/24/17


            Processing Options Selected:
                    1. ███████████████         Loan Number Range

                    2. 000000 - 012417         Date Range

                    3. B                       Output Type

                    4.                         Select State

                    5.                         Escrow Group Code

                    6.                         Message Code

                    7.                         Investor

                    8. 0000000                 Pool

                    9. Y                       Select only loans with Transactions

                   10. N                       Include liquidated loans
```

```
SR497CR-02                                       Nationstar Mortgage LLC                              1/24/17  7:41:53
HPUR1036                                         DETAIL TRANSACTION HISTORY                           JOB DT:  1/24/17
                                                                                                      PAGE:        1
----------------------------------------------------------------------------------------------------------------------
LOAN# ▇▇▇▇▇▇▇▇   INV# FFV     POOL# 0000001               NEXT DUE  1/01/14   INTEREST RATE  2.625   PRIN.BAL  349,999.64
BORR1 CHRISTOPHER PEMENTAL    TYPE: 03-00 Conv/Unins                                                 ESC.BAL         .00
BORR2 ADDL INFORMATION                                    INT PD TO 12/01/13  P&I SHORT         .00  CORP AD    1,822.45-
PROP: 66 AND 68 COUNTY ROAD   MAIL: John B. Ennis Attorney At Law
                                    1200 Reservoir Avenue
      BARRINGTON  RI 02806          Cranston         RI 02920
----------------------------------------------------------------------------------------------------------------------

    ---TRANSACTION----                    NEXT -AFTER TRANS.BALANCES-    TOTAL   ----------------APPLIED----------------  MISC.PMTS
NBR    DATE   CODE -----DESCRIPTION------  DUE  PRINCIPAL     ESCROW    AMOUNT   PRINCIPAL  INTEREST    ESCROW SUSPENSE/CD

222 12/30/16 6225 MISC SUSP DISB          1/14  349999.64        .00    15.00-       .00       .00        .00    15.00-25
             PAYEE 63CYPRE #0005850135 DUE 12/28/16
             S/F SC  REF# 0005850135
221 12/29/16 2625 MISC ADJ                1/14  349999.64        .00    15.00-       .00       .00        .00    15.00-25
             S/F AD  REF# 0000
220 12/23/16 1325 PMT-MISC SUSP           1/14  349999.64        .00    15.00        .00       .00        .00    15.00 25
             S/F AD  REF# 0000
219 12/23/16 1325 PMT-MISC SUSP           1/14  349999.64        .00    15.00        .00       .00        .00    15.00 25
             S/F AD  REF# 0000
218 12/05/16 6036 TOWN TAX    DISBURSED   1/14  349999.64        .00  1657.20-       .00       .00   1657.20-       .00
             PAYEE 36RI008 #         DUE 12/30/16
             S/F WR  REF#
217 12/05/16 1936 TOWN TAX    ADVANCE     1/14  349999.64    1657.20   1657.20       .00       .00   1657.20        .00
             S/F WR  REF#
216 11/08/16 6050 HAZARD SFR  DISBURSED   1/14  349999.64        .00  3060.00-       .00       .00   3060.00-       .00
             PAYEE 5020029 #11082016IN DUE 10/19/16
             S/F WR  REF# 11082016INS
215 11/08/16 1950 HAZARD SFR  ADVANCE     1/14  349999.64    3060.00   3060.00       .00       .00   3060.00        .00
             S/F WR  REF# 11082016INS
214 10/04/16 6051 FLOOD SFR   DISBURSED   1/14  349999.64        .00  3256.00-       .00       .00   3256.00-       .00
             PAYEE 5100125 #10042016IN DUE 10/24/16
             S/F WR  REF# 10042016INS
213 10/04/16 1951 FLOOD SFR   ADVANCE     1/14  349999.64    3256.00   3256.00       .00       .00   3256.00        .00
             S/F WR  REF# 10042016INS
212 10/03/16 2526 CORP ADVANCE ADJUST     1/14  349999.64        .00    15.00        .00       .00        .00    15.00 26
             S/F BT  REF# 0000
211  9/30/16 6226 CORP ADV DISB           1/14  349999.64        .00    15.00-       .00       .00        .00    15.00-26
             PAYEE 63SSFSL #0001502691 DUE  9/29/16
             S/F SC  REF# 0001502691
210  9/08/16 6036 TOWN TAX    DISBURSED   1/14  349999.64        .00  1657.22-       .00       .00   1657.22-       .00
             PAYEE 36RI008 #0005446018 DUE  9/30/16
             S/F SC  REF# 0005446018
209  9/08/16 1936 TOWN TAX    ADVANCE     1/14  349999.64    1657.22   1657.22       .00       .00   1657.22        .00
             S/F SC  REF# 0005446018
208  9/01/16 6226 CORP ADV DISB           1/14  349999.64        .00    15.00-       .00       .00        .00    15.00-26
             PAYEE 63SSFSL #0001498504 DUE  8/31/16
             S/F SC  REF# 0001498504
207  8/08/16 6226 CORP ADV DISB           1/14  349999.64        .00    15.00-       .00       .00        .00    15.00-26
             PAYEE 63SSFSL #0001494350 DUE  8/05/16
             S/F SC  REF# 0001494350
206  8/04/16 6226 CORP ADV DISB           1/14  349999.64        .00   175.00-       .00       .00        .00   175.00-26
             PAYEE 62SSSEV #0001493886 DUE  8/03/16
             S/F SC  REF# 0001493886
205  7/13/16 6226 CORP ADV DISB           1/14  349999.64        .00    15.00-       .00       .00        .00    15.00-26
```

```
SR497CR-02                                      Nationstar Mortgage LLC                                    1/24/17  7:41:53
HPUR1036                                        DETAIL TRANSACTION HISTORY                                 JOB DT:  1/24/17
                                                                                                           PAGE:       2
      ---TRANSACTION----                       NEXT -AFTER TRANS.BALANCES-    TOTAL  ---------------APPLIED---------------- MISC.PMTS
      NBR   DATE  CODE -----DESCRIPTION------   DUE   PRINCIPAL    ESCROW    AMOUNT  PRINCIPAL INTEREST   ESCROW SUSPENSE/CD

      LOAN#  ███████              CONTINUED

                       PAYEE 63SSFSL #0001490089 DUE  7/12/16
                       S/F SC  REF# 0001490089
      204  6/16/16 6226 CORP ADV DISB          1/14   349999.64      .00      15.00-     .00      .00      .00    15.00-26
                       PAYEE 63SSFSL #0001485181 DUE  6/15/16
                       S/F SC  REF# 0001485181
      203  6/08/16 6036 TOWN TAX    DISBURSED  1/14   349999.64      .00    1523.57-     .00      .00  1523.57-       .00
                       PAYEE 36RI008 #0005216283 DUE  6/30/16
                       S/F SC  REF# 0005216283
      202  6/08/16 1936 TOWN TAX    ADVANCE    1/14   349999.64   1523.57   1523.57      .00      .00  1523.57        .00
                       S/F SC  REF# 0005216283
      201  5/26/16 2526 CORP ADVANCE ADJUST    1/14   349999.64      .00      15.00      .00      .00      .00    15.00 26
                       S/F BT  REF# 0000
      200  5/25/16 6226 CORP ADV DISB          1/14   349999.64      .00      15.00-     .00      .00      .00    15.00-26
                       PAYEE 63SSFSL #0001480643 DUE  5/24/16
                       S/F SC  REF# 0001480643
      199  5/03/16 6226 CORP ADV DISB          1/14   349999.64      .00      15.00-     .00      .00      .00    15.00-26
                       PAYEE 63SSFSL #0001476588 DUE  5/02/16
                       S/F SC  REF# 0001476588
      198  4/21/16 6226 CORP ADV DISB          1/14   349999.64      .00     517.50-     .00      .00      .00   517.50-26
                       PAYEE 61KORAS #0001473863 DUE  4/20/16
                       S/F SC  REF# 0001473863
      197  4/21/16 6226 CORP ADV DISB          1/14   349999.64      .00      33.65-     .00      .00      .00    33.65-26
                       PAYEE 61KORAS #0001473863 DUE  4/20/16
                       S/F SC  REF# 0001473863
      196  4/21/16 6226 CORP ADV DISB          1/14   349999.64      .00       5.30-     .00      .00      .00     5.30-26
                       PAYEE 61KORAS #0001473863 DUE  4/20/16
                       S/F SC  REF# 0001473863
      195  4/01/16 2526 CORP ADVANCE ADJUST    1/14   349999.64      .00      15.00      .00      .00      .00    15.00 26
                       S/F BT  REF# 0000
      194  3/31/16 6226 CORP ADV DISB          1/14   349999.64      .00      92.50-     .00      .00      .00    92.50-26
                       PAYEE 61KORAS #0001469239 DUE  3/30/16
                       S/F SC  REF# 0001469239
      193  3/31/16 6226 CORP ADV DISB          1/14   349999.64      .00      51.00-     .00      .00      .00    51.00-26
                       PAYEE 61KORAS #0001469239 DUE  3/30/16
                       S/F SC  REF# 0001469239
      192  3/31/16 6226 CORP ADV DISB          1/14   349999.64      .00       7.50-     .00      .00      .00     7.50-26
                       PAYEE 61KORAS #0001469239 DUE  3/30/16
                       S/F SC  REF# 0001469239
      191  3/31/16 2526 CORP ADVANCE ADJUST    1/14   349999.64      .00      15.00      .00      .00      .00    15.00 26
                       S/F BT  REF# 0000
      190  3/30/16 6226 CORP ADV DISB          1/14   349999.64      .00      15.00-     .00      .00      .00    15.00-26
                       PAYEE 63SSFSL #0001469118 DUE  3/29/16
                       S/F SC  REF# 0001469118
      189  3/07/16 6226 CORP ADV DISB          1/14   349999.64      .00      15.00-     .00      .00      .00    15.00-26
                       PAYEE 63SSFSL #0001464451 DUE  3/04/16
                       S/F SC  REF# 0001464451
      188  3/04/16 6036 TOWN TAX    DISBURSED  1/14   349999.64      .00    1523.57-     .00      .00  1523.57-       .00
                       PAYEE 36RI008 #0004888852 DUE  3/30/16
                       S/F SC  REF# 0004888852
      187  3/04/16 1936 TOWN TAX    ADVANCE    1/14   349999.64   1523.57   1523.57      .00      .00  1523.57        .00
                       S/F SC  REF# 0004888852
```

```
SR497CR-02                                   Nationstar Mortgage LLC                                       1/24/17  7:41:53
HPUR1036                                      DETAIL TRANSACTION HISTORY                                  JOB DT:   1/24/17
                                                                                                            PAGE:         3
      ---TRANSACTION----               NEXT  -AFTER TRANS.BALANCES-    TOTAL   ----------------APPLIED----------------  MISC.PMTS
  NBR    DATE  CODE -----DESCRIPTION------  DUE    PRINCIPAL   ESCROW  AMOUNT   PRINCIPAL  INTEREST   ESCROW  SUSPENSE/CD

  LOAN#  ███████              CONTINUED

  186  2/10/16 6226 CORP ADV DISB           1/14   349999.64      .00    15.00-      .00       .00       .00    15.00-26
                PAYEE 63SSFSL #0001459256 DUE  2/09/16
                S/F SC  REF# 0001459256
  185  1/15/16 6226 CORP ADV DISB           1/14   349999.64      .00    15.00-      .00       .00       .00    15.00-26
                PAYEE 63SSFSL #0001454470 DUE  1/14/16
                S/F SC  REF# 0001454470
  184 12/18/15 6226 CORP ADV DISB           1/14   349999.64      .00    15.00-      .00       .00       .00    15.00-26
                PAYEE 63SSFSL #0001449328 DUE 12/17/15
                S/F SC  REF# 0001449328
  183 12/17/15 6036 TOWN TAX    DISBURSED   1/14   349999.64      .00  1523.57-      .00       .00  1523.57-       .00
                PAYEE 36RI008 #0004516423 DUE 12/30/15
                S/F SC  REF# 0004516423
  182 12/17/15 1936 TOWN TAX    ADVANCE     1/14   349999.64  1523.57   1523.57      .00       .00  1523.57        .00
                S/F SC  REF# 0004516423
  181 11/19/15 6226 CORP ADV DISB           1/14   349999.64      .00    15.00-      .00       .00       .00    15.00-26
                PAYEE 63SSFSL #0001443321 DUE 11/18/15
                S/F SC  REF# 0001443321
  180 10/27/15 2526 CORP ADVANCE ADJUST     1/14   349999.64      .00    15.00       .00       .00       .00    15.00 26
                S/F BT  REF# 0000
  179 10/26/15 6226 CORP ADV DISB           1/14   349999.64      .00    15.00-      .00       .00       .00    15.00-26
                PAYEE 63SSFSL #0001431438 DUE 10/23/15
                S/F SC  REF# 0001431438
  178 10/07/15 6050 HAZARD SFR  DISBURSED   1/14   349999.64      .00  3010.00-      .00       .00  3010.00-       .00
                PAYEE 5020029 #10072015IN DUE 10/19/15
                S/F WR  REF# 10072015INS
  177 10/07/15 1950 HAZARD SFR  ADVANCE     1/14   349999.64  3010.00   3010.00      .00       .00  3010.00        .00
                S/F WR  REF# 10072015INS
  176 10/06/15 6051 FLOOD SFR   DISBURSED   1/14   349999.64      .00  3111.00-      .00       .00  3111.00-       .00
                PAYEE 5100125 #10062015IN DUE 10/24/15
                S/F WR  REF# 10062015INS
  175 10/06/15 1951 FLOOD SFR   ADVANCE     1/14   349999.64  3111.00   3111.00      .00       .00  3111.00        .00
                S/F WR  REF# 10062015INS
  174 10/05/15 6226 CORP ADV DISB           1/14   349999.64      .00    15.00-      .00       .00       .00    15.00-26
                PAYEE 63SSFSL #0001428478 DUE 10/02/15
                S/F SC  REF# 0001428478
  173  9/10/15 6036 TOWN TAX    DISBURSED   1/14   349999.64      .00  1523.57-      .00       .00  1523.57-       .00
                PAYEE 36RI008 #0004164036 DUE  9/30/15
                S/F SC  REF# 0004164036
  172  9/10/15 1936 TOWN TAX    ADVANCE     1/14   349999.64  1523.57   1523.57      .00       .00  1523.57        .00
                S/F SC  REF# 0004164036
  171  9/03/15 6226 CORP ADV DISB           1/14   349999.64      .00    15.00-      .00       .00       .00    15.00-26
                PAYEE 63SSFSL #0001422334 DUE  9/02/15
                S/F SC  REF# 0001422334
  170  8/24/15 6226 CORP ADV DISB           1/14   349999.64      .00    30.00-      .00       .00       .00    30.00-26
                PAYEE 63SSFSL #0001419450 DUE  8/21/15
                S/F SC  REF# 0001419450
  169  8/24/15 6226 CORP ADV DISB           1/14   349999.64      .00    60.00-      .00       .00       .00    60.00-26
                PAYEE 63SSFSL #0001419450 DUE  8/21/15
                S/F SC  REF# 0001419450
  168  8/24/15 6226 CORP ADV DISB           1/14   349999.64      .00    60.00-      .00       .00       .00    60.00-26
                PAYEE 63SSFSL #0001419450 DUE  8/21/15
```

```
SR497CR-02                              Nationstar Mortgage LLC                         1/24/17  7:41:53
HPUR1036                                DETAIL TRANSACTION HISTORY                      JOB DT:  1/24/17
                                                                                        PAGE:      4
    ---TRANSACTION----                 NEXT -AFTER TRANS.BALANCES-   TOTAL   ----------------APPLIED----------------  MISC.PMTS
    NBR   DATE   CODE -----DESCRIPTION------  DUE   PRINCIPAL    ESCROW     AMOUNT    PRINCIPAL INTEREST    ESCROW SUSPENSE/CD

LOAN#  █████████              CONTINUED
                 S/F SC  REF# 0001419450
    167  8/24/15 6226 CORP ADV DISB        1/14  349999.64       .00    105.00-        .00       .00       .00    105.00-26
                 PAYEE 63SSFSL #0001419450 DUE  8/21/15
                 S/F SC  REF# 0001419450
    166  8/11/15 6226 CORP ADV DISB        1/14  349999.64       .00     15.00-        .00       .00       .00     15.00-26
                 PAYEE 63SSFSL #0001416926 DUE  8/10/15
                 S/F SC  REF# 0001416926
    165  7/14/15 6226 CORP ADV DISB        1/14  349999.64       .00     15.00-        .00       .00       .00     15.00-26
                 PAYEE 63SSFSL #0001410345 DUE  7/13/15
                 S/F SC  REF# 0001410345
    164  6/22/15 2526 CORP ADVANCE ADJUST  1/14  349999.64       .00     15.00         .00       .00       .00     15.00 26
                 S/F BT  REF# 0000
    163  6/19/15 6226 CORP ADV DISB        1/14  349999.64       .00     15.00-        .00       .00       .00     15.00-26
                 PAYEE 63SSFSL #0001405008 DUE  6/18/15
                 S/F SC  REF# 0001405008
    162  6/09/15 6036 TOWN TAX   DISBURSED 1/14  349999.64       .00   1364.37-        .00       .00   1364.37-       .00
                 PAYEE 36RI008 #0003864229 DUE  6/30/15
                 S/F SC  REF# 0003864229
    161  6/09/15 1936 TOWN TAX      ADVANCE 1/14  349999.64  1364.37   1364.37         .00       .00   1364.37        .00
                 S/F SC  REF# 0003864229
    160  6/03/15 6226 CORP ADV DISB        1/14  349999.64       .00     15.00-        .00       .00       .00     15.00-26
                 PAYEE 63SSFSL #0001401595 DUE  6/02/15
                 S/F SC  REF# 0001401595
    159  5/04/15 6226 CORP ADV DISB        1/14  349999.64       .00     15.00-        .00       .00       .00     15.00-26
                 PAYEE 63SSFSL #0001394994 DUE  5/01/15
                 S/F SC  REF# 0001394994
    158  4/22/15 2526 CORP ADVANCE ADJUST  1/14  349999.64       .00     15.00         .00       .00       .00     15.00 26
                 S/F BT  REF# 0000
    157  4/21/15 6226 CORP ADV DISB        1/14  349999.64       .00     15.00-        .00       .00       .00     15.00-26
                 PAYEE 63SSFSL #0001391510 DUE  4/20/15
                 S/F SC  REF# 0001391510
    156  4/03/15 6226 CORP ADV DISB        1/14  349999.64       .00     15.00-        .00       .00       .00     15.00-26
                 PAYEE 63SSFSL #0001387649 DUE  4/02/15
                 S/F SC  REF# 0001387649
    155  3/23/15 2576 CORP ADV NOCASH ADJ  1/14  349999.64       .00     30.00         .00       .00       .00     30.00 26
                 S/F AD  REF# 0000
    154  3/19/15 6226 CORP ADV DISB        1/14  349999.64       .00     15.00-        .00       .00       .00     15.00-26
                 PAYEE 63SSFSL #0001383214 DUE  3/18/15
                 S/F SC  REF# 0001383214
    153  3/09/15 6036 TOWN TAX   DISBURSED 1/14  349999.64       .00   1364.37-        .00       .00   1364.37-       .00
                 PAYEE 36RI008 #0003548588 DUE  3/30/15
                 S/F SC  REF# 0003548588
    152  3/09/15 1936 TOWN TAX      ADVANCE 1/14  349999.64  1364.37   1364.37         .00       .00   1364.37        .00
                 S/F SC  REF# 0003548588
    151  2/17/15 6226 CORP ADV DISB        1/14  349999.64       .00     15.00-        .00       .00       .00     15.00-26
                 PAYEE 63SSFSL #0001374478 DUE  2/13/15
                 S/F SC  REF# 0001374478
    150  1/02/15 1919 RECOVER ESCROW ADVANCE 1/14 349999.64      .00       .11-        .00       .00       .11-       .00
         Effective date: 12/31/14
                 S/F CK  REF#
    149  1/02/15 10   PMT-INT ON ESCROW    1/14  349999.64       .11       .11         .00       .00       .11        .00
```

```
SR497CR-02                                       Nationstar Mortgage LLC                                              1/24/17  7:41:53
HPUR1036                                         DETAIL TRANSACTION HISTORY                                   JOB DT:   1/24/17
                                                                                                                     PAGE:        5
      ---TRANSACTION----                    NEXT -AFTER TRANS.BALANCES-      TOTAL   ----------------APPLIED----------------- MISC.PMTS
      NBR    DATE   CODE -----DESCRIPTION------  DUE     PRINCIPAL    ESCROW      AMOUNT    PRINCIPAL INTEREST  ESCROW SUSPENSE/CD

LOAN#  [REDACTED]                CONTINUED

      Effective date: 12/31/14
                  S/F CK   REF#
      148 12/30/14 6226 CORP ADV DISB           1/14  349999.64      .00       15.00-       .00      .00      .00    15.00-26
               PAYEE 63SSFSL #0001363079 DUE 12/29/14
                  S/F SC   REF# 0001363079
      147 12/18/14 6226 CORP ADV DISB           1/14  349999.64      .00       15.00-       .00      .00      .00    15.00-26
               PAYEE 63SSFSL #0001360875 DUE 12/17/14
                  S/F SC   REF# 0001360875
      146 12/08/14 6036 TOWN TAX     DISBURSED  1/14  349999.64      .00     1364.37-       .00      .00  1364.37-      .00
               PAYEE 36RI008 #0003241379 DUE 12/30/14
                  S/F SC   REF# 0003241379
      145 12/08/14 1936 TOWN TAX     ADVANCE    1/14  349999.64  1364.37     1364.37        .00      .00  1364.37       .00
                  S/F SC   REF# 0003241379
      144 11/24/14 6226 CORP ADV DISB           1/14  349999.64      .00      265.00-       .00      .00      .00   265.00-26
               PAYEE 62SSSEV #         DUE 11/20/14
                  S/F WR   REF#
      143 11/04/14 6226 CORP ADV DISB           1/14  349999.64      .00       15.00-       .00      .00      .00    15.00-26
               PAYEE 63SSFSL #         DUE 11/04/14
                  S/F WR   REF#
      142 10/17/14 6226 CORP ADV DISB           1/14  349999.64      .00       15.00-       .00      .00      .00    15.00-26
               PAYEE 63SSFSL #         DUE 10/17/14
                  S/F WR   REF#
      141 10/17/14 6226 CORP ADV DISB           1/14  349999.64      .00       15.00-       .00      .00      .00    15.00-26
               PAYEE 63SSFSL #         DUE 10/16/14
                  S/F WR   REF#
      140 10/16/14 1499 ZZZZF-Late Charges      1/14  349999.64      .00       38.28        .00      .00      .00      .00    38.28 01
                  S/F      REF#
      139 10/10/14 6051 FLOOD SFR    DISBURSED  1/14  349999.64      .00     2510.00-       .00      .00  2510.00-      .00
               PAYEE 5100125 #10102014IN DUE 10/24/14
                  S/F WR   REF# 10102014INS
      138 10/10/14 1951 FLOOD SFR    ADVANCE    1/14  349999.64  2510.00     2510.00        .00      .00  2510.00       .00
                  S/F WR   REF# 10102014INS
      137 10/07/14 6050 HAZARD SFR   DISBURSED  1/14  349999.64      .00     3010.00-       .00      .00  3010.00-      .00
               PAYEE 5020029 #10072014IN DUE 10/19/14
                  S/F WR   REF# 10072014INS
      136 10/07/14 1950 HAZARD SFR   ADVANCE    1/14  349999.64  3010.00     3010.00        .00      .00  3010.00       .00
                  S/F WR   REF# 10072014INS
      135 10/03/14 6226 CORP ADV DISB           1/14  349999.64      .00       15.00-       .00      .00      .00    15.00-26
               PAYEE 63SSFSL #         DUE  9/30/14
                  S/F WR   REF#
      134  9/16/14 1499 ZZZZF-Late Charges      1/14  349999.64      .00       38.28        .00      .00      .00      .00    38.28 01
                  S/F      REF#
      133  9/09/14 6036 TOWN TAX     DISBURSED  1/14  349999.64      .00     1364.37-       .00      .00  1364.37-      .00
               PAYEE 36RI008 #0002994361 DUE  9/30/14
                  S/F SC   REF# 0002994361
      132  9/09/14 1936 TOWN TAX     ADVANCE    1/14  349999.64  1364.37     1364.37        .00      .00  1364.37       .00
                  S/F SC   REF# 0002994361
      131  8/18/14 1499 ZZZZF-Late Charges      1/14  349999.64      .00       38.28        .00      .00      .00      .00    38.28 01
                  S/F      REF#
      130  8/12/14 6226 CORP ADV DISB           1/14  349999.64      .00       15.00-       .00      .00      .00    15.00-26
               PAYEE 63SSFSL #         DUE  8/11/14
```

```
SR497CR-02                                       Nationstar Mortgage LLC                           1/24/17  7:41:53
HPUR1036                                        DETAIL TRANSACTION HISTORY                         JOB DT:  1/24/17
                                                                                                   PAGE:        6
    ---TRANSACTION----                       NEXT -AFTER TRANS.BALANCES-    TOTAL  ----------------APPLIED----------------- MISC.PMTS
    NBR    DATE  CODE -----DESCRIPTION------  DUE   PRINCIPAL     ESCROW   AMOUNT    PRINCIPAL INTEREST    ESCROW SUSPENSE/CD

LOAN#                         CONTINUED
              S/F WR  REF#
    129  7/24/14 6226 CORP ADV DISB           1/14  349999.64        .00    15.00-        .00      .00       .00  15.00-26
              PAYEE 63SSFSL #           DUE 7/23/14
              S/F WR  REF#
    128  7/16/14 1499 ZZZZF-Late Charges      1/14  349999.64        .00    38.28         .00      .00       .00      .00    38.28 01
              S/F     REF#
    127  6/18/14 6226 CORP ADV DISB           1/14  349999.64        .00    15.00-        .00      .00       .00  15.00-26
              PAYEE 63SSFSL #           DUE 6/12/14
              S/F WR  REF#
    126  6/16/14 1499 ZZZZF-Late Charges      1/14  349999.64        .00    38.28         .00      .00       .00      .00    38.28 01
              S/F     REF#
    125  6/11/14 6036 TOWN TAX     DISBURSED  1/14  349999.64        .00  1351.84-        .00      .00  1351.84-     .00
              PAYEE 36RI008 #0002763095 DUE 6/30/14
              S/F SC  REF# 0002763095
    124  6/11/14 1936 TOWN TAX       ADVANCE  1/14  349999.64    1351.84  1351.84         .00      .00   1351.84     .00
              S/F SC  REF# 0002763095
    123  5/22/14 6226 CORP ADV DISB           1/14  349999.64        .00    15.00-        .00      .00       .00  15.00-26
              PAYEE 63SSFSL #           DUE 5/22/14
              S/F WR  REF#
    122  5/16/14 1499 ZZZZF-Late Charges      1/14  349999.64        .00    38.28         .00      .00       .00      .00    38.28 01
              S/F     REF#
    121  5/16/14 6226 CORP ADV DISB           1/14  349999.64        .00    15.00-        .00      .00       .00  15.00-26
              PAYEE 63SSFSL #           DUE 5/15/14
              S/F WR  REF#
    120  4/30/14 6226 CORP ADV DISB           1/14  349999.64        .00    15.00-        .00      .00       .00  15.00-26
              PAYEE 63SSFSL #           DUE 4/30/14
              S/F WR  REF#
    119  4/16/14 1499 ZZZZF-Late Charges      1/14  349999.64        .00    38.28         .00      .00       .00      .00    38.28 01
              S/F     REF#
    118  3/17/14 1499 ZZZZF-Late Charges      1/14  349999.64        .00    38.28         .00      .00       .00      .00    38.28 01
              S/F     REF#
    117  3/11/14 6036 TOWN TAX     DISBURSED  1/14  349999.64        .00  1351.84-        .00      .00  1351.84-     .00
              PAYEE 36RI008 #0002494078 DUE 3/30/14
              S/F SC  REF# 0002494078
    116  3/11/14 1936 TOWN TAX       ADVANCE  1/14  349999.64    1351.84   224.30         .00      .00    224.30     .00
              S/F SC  REF# 0002494078
    115  2/18/14 1499 ZZZZF-Late Charges      1/14  349999.64    1127.54    38.28         .00      .00       .00      .00    38.28 01
              S/F     REF#
    114  1/16/14 1499 ZZZZF-Late Charges      1/14  349999.64    1127.54    38.28         .00      .00       .00      .00    38.28 01
              S/F     REF#
    113  1/16/14 2543 ESCROW ADJ              1/14  349999.64    1127.54  1127.54         .00      .00   1127.54     .00
              S/F TR  REF#
    112  1/16/14 8199 NEW INV FFV/0000001     1/14  349999.64        .00 349999.64- 349999.64-     .00       .00      .00
              S/F TR  REF#
    111  1/16/14 3199 OLD INV 784/0000001     1/14       .00         .00 349999.64  349999.64      .00       .00      .00
              S/F TR  REF#
    110  1/16/14 2643 ESCROW ADJ              1/14  349999.64        .00  1127.54-        .00      .00  1127.54-     .00
              S/F TR  REF#
    109  1/02/14  10  PMT-INT ON ESCROW       1/14  349999.64    1127.54     7.09         .00      .00      7.09     .00
              S/F CK  REF# I
    108 12/16/13 1408 ZZZZF-E PAY FEE         1/14  349999.64    1120.45     9.95         .00      .00       .00      .00     9.95 08
```

```
SR497CR-02                                 Nationstar Mortgage LLC                                  1/24/17  7:41:53
HPUR1036                                   DETAIL TRANSACTION HISTORY                              JOB DT:   1/24/17
                                                                                                    PAGE:        7
    ---TRANSACTION----                     NEXT -AFTER TRANS.BALANCES-    TOTAL   ---------------APPLIED---------------- MISC.PMTS
    NBR   DATE   CODE  -----DESCRIPTION------ DUE   PRINCIPAL   ESCROW   AMOUNT   PRINCIPAL INTEREST   ESCROW SUSPENSE/CD

    LOAN#  ███████              CONTINUED
              S/F C    REF#
    107 12/16/13 1499 ZZZZF-E PAY FEE         1/14  349999.64  1120.45     9.95      .00      .00       .00     .00       9.95 08
              S/F      REF#
    106 12/16/13 02    PAYMENT                1/14  349999.64  1120.45  1759.17      .00    765.62    993.55     .00
                       Int pd to: 12/01/13
              S/F SP   REF#
    105 12/09/13 6036 TOWN TAX    DISBURSED  12/13  349999.64   126.90  1351.84-     .00      .00   1351.84-     .00
                      PAYEE 36RI008 #0002076944 DUE 12/30/13
              S/F SC   REF# 0002076944
    104 11/18/13 1408 ZZZZF-E PAY FEE        12/13  349999.64  1478.74    10.00      .00      .00       .00     .00      10.00 08
              S/F C    REF#
    103 11/18/13 1499 ZZZZF-E PAY FEE        12/13  349999.64  1478.74    10.00      .00      .00       .00     .00      10.00 08
              S/F      REF#
    102 11/18/13 02    PAYMENT               12/13  349999.64  1478.74  1759.17      .00    765.62    993.55     .00
                       Int pd to: 11/01/13
              S/F SP   REF#
    101 10/16/13 1408 ZZZZF-E PAY FEE        11/13  349999.64   485.19     9.95      .00      .00       .00     .00       9.95 08
              S/F C    REF#
    100 10/16/13 1499 ZZZZF-E PAY FEE        11/13  349999.64   485.19     9.95      .00      .00       .00     .00       9.95 08
              S/F      REF#
     99 10/16/13 1919 RECOVER ESCROW ADVANCE 11/13  349999.64   485.19   508.36-     .00      .00    508.36-     .00
              S/F IV   REF#
     98 10/16/13 02    PAYMENT               11/13  349999.64   993.55  1795.63      .00    802.08    993.55     .00
                       Int pd to: 10/01/13
              S/F IV   REF#
     97 10/16/13 6050 HAZARD SFR  DISBURSED  10/13  349999.64      .00  2719.00-     .00      .00   2719.00-     .00
                      PAYEE 5020029 #10162013IN DUE 10/19/13
              S/F WR   REF# 10162013INS
     96 10/16/13 1950 HAZARD SFR    ADVANCE  10/13  349999.64  2719.00   508.36      .00      .00    508.36      .00
              S/F WR   REF# 10162013INS
     95 10/10/13 6051 FLOOD SFR   DISBURSED  10/13  349999.64  2210.64  2525.00-     .00      .00   2525.00-     .00
                      PAYEE 5100125 #10102013IN DUE 10/24/13
              S/F WR   REF# 10102013INS
     94  9/16/13 1408 ZZZZF-E PAY FEE        10/13  349999.64  4735.64     9.95      .00      .00       .00     .00       9.95 08
              S/F C    REF#
     93  9/16/13 1499 ZZZZF-E PAY FEE        10/13  349999.64  4735.64     9.95      .00      .00       .00     .00       9.95 08
              S/F      REF#
     92  9/16/13 02    PAYMENT               10/13  349999.64  4735.64  1626.71      .00    802.08    824.63     .00
                       Int pd to:  9/01/13
              S/F IV   REF#
     91  8/30/13 6036 TOWN TAX    DISBURSED   9/13  349999.64  3911.01  1351.84-     .00      .00   1351.84-     .00
                      PAYEE 36RI008 #0001747792 DUE  9/30/13
              S/F SC   REF# 0001747792
     90  8/16/13 1408 ZZZZF-E PAY FEE         9/13  349999.64  5262.85     9.95      .00      .00       .00     .00       9.95 08
              S/F C    REF#
     89  8/16/13 1499 ZZZZF-E PAY FEE         9/13  349999.64  5262.85     9.95      .00      .00       .00     .00       9.95 08
              S/F      REF#
     88  8/16/13 02    PAYMENT                9/13  349999.64  5262.85  1626.71      .00    802.08    824.63     .00
                       Int pd to:  8/01/13
              S/F IV   REF#
     87  7/16/13 1408 ZZZZF-E PAY FEE         8/13  349999.64  4438.22     9.95      .00      .00       .00     .00       9.95 08
```

```
SR497CR-02                              Nationstar Mortgage LLC                              1/24/17  7:41:53
HPUR1036                               DETAIL TRANSACTION HISTORY                          JOB DT:   1/24/17
                                                                                           PAGE:         8
   ---TRANSACTION----                   NEXT -AFTER TRANS.BALANCES-    TOTAL    ----------------APPLIED----------------- MISC.PMTS
   NBR   DATE   CODE -----DESCRIPTION------  DUE   PRINCIPAL  ESCROW   AMOUNT   PRINCIPAL INTEREST   ESCROW SUSPENSE/CD
   LOAN# ▓▓▓▓▓▓▓▓▓▓            CONTINUED
             S/F C    REF#
    86  7/16/13 1499 ZZZZF-E PAY FEE      8/13  349999.64   4438.22     9.95       .00      .00       .00      .00       9.95 08
             S/F      REF#
    85  7/16/13 02   PAYMENT              8/13  349999.64   4438.22  1626.71       .00    802.08    824.63      .00
                            Int pd to:  7/01/13
             S/F IV   REF#
    84  6/17/13 1408 ZZZZF-E PAY FEE      7/13  349999.64   3613.59     9.95       .00      .00       .00      .00       9.95 08
             S/F C    REF#
    83  6/17/13 1499 ZZZZF-E PAY FEE      7/13  349999.64   3613.59     9.95       .00      .00       .00      .00       9.95 08
             S/F      REF#
    82  6/17/13 02   PAYMENT              7/13  349999.64   3613.59  1626.71       .00    802.08    824.63      .00
                            Int pd to:  6/01/13
             S/F IV   REF#
    81  5/31/13 6036 TOWN TAX    DISBURSED 6/13  349999.64   2788.96  1407.74-      .00      .00   1407.74-      .00
                  PAYEE 36RI008 #0001538629 DUE  6/30/13
             S/F SC   REF# 0001538629
    80  5/15/13 1408 ZZZZF-E PAY FEE      6/13  349999.64   4196.70    15.00       .00      .00       .00      .00      15.00 08
             S/F C    REF#
    79  5/15/13 1499 ZZZZF-E PAY FEE      6/13  349999.64   4196.70    15.00       .00      .00       .00      .00      15.00 08
             S/F      REF#
    78  5/15/13 02   PAYMENT              6/13  349999.64   4196.70  1626.71       .00    802.08    824.63      .00
                            Int pd to:  5/01/13
             S/F SP   REF#
    77  4/15/13 1408 ZZZZF-E PAY FEE      5/13  349999.64   3372.07     9.95       .00      .00       .00      .00       9.95 08
             S/F C    REF#
    76  4/15/13 1499 ZZZZF-E PAY FEE      5/13  349999.64   3372.07     9.95       .00      .00       .00      .00       9.95 08
             S/F      REF#
    75  4/15/13 02   PAYMENT              5/13  349999.64   3372.07  1699.63       .00    875.00    824.63      .00
                            Int pd to:  4/01/13
             S/F IV   REF#
    74  3/18/13 1408 ZZZZF-E PAY FEE      4/13  349999.64   2547.44     9.95       .00      .00       .00      .00       9.95 08
          Effective date:  3/16/13
             S/F C    REF#
    73  3/18/13 1499 ZZZZF-E PAY FEE      4/13  349999.64   2547.44     9.95       .00      .00       .00      .00       9.95 08
          Effective date:  3/16/13
             S/F      REF#
    72  3/18/13 02   PAYMENT              4/13  349999.64   2547.44  1699.63       .00    875.00    824.63      .00
          Effective date:  3/16/13  Int pd to:  3/01/13
             S/F IV   REF#
    71  3/08/13 6036 TOWN TAX    DISBURSED 3/13  349999.64   1722.81  1407.74-      .00      .00   1407.74-      .00
                  PAYEE 36RI008 #0001373816 DUE  3/30/13
             S/F SC   REF# 0001373816
    70  2/19/13 1408 ZZZZF-E PAY FEE      3/13  349999.64   3130.55     9.95       .00      .00       .00      .00       9.95 08
          Effective date:  2/17/13
             S/F C    REF#
    69  2/19/13 1499 ZZZZF-E PAY FEE      3/13  349999.64   3130.55     9.95       .00      .00       .00      .00       9.95 08
          Effective date:  2/17/13
             S/F      REF#
    68  2/19/13 02   PAYMENT              3/13  349999.64   3130.55  1699.63       .00    875.00    824.63      .00
          Effective date:  2/17/13  Int pd to:  2/01/13
             S/F IV   REF#
```

```
SR497CR-02                                    Nationstar Mortgage LLC                              1/24/17  7:41:53
HPUR1036                                     DETAIL TRANSACTION HISTORY                            JOB DT:   1/24/17
                                                                                                   PAGE:         9
      ---TRANSACTION----              NEXT  -AFTER TRANS.BALANCES-   TOTAL    ----------------APPLIED---------------- MISC.PMTS
 NBR    DATE   CODE  -----DESCRIPTION------  DUE   PRINCIPAL   ESCROW   AMOUNT   PRINCIPAL INTEREST   ESCROW SUSPENSE/CD

 LOAN#                         CONTINUED

  67  1/16/13 1408  ZZZZF-E PAY FEE       2/13  349999.64   2305.92     9.95       .00       .00       .00      .00    9.95 08
        S/F C   REF#
  66  1/16/13 1499  ZZZZF-E PAY FEE       2/13  349999.64   2305.92     9.95       .00       .00       .00      .00    9.95 08
        S/F     REF#
  65  1/16/13 02    PAYMENT               2/13  349999.64   2305.92  1699.63       .00    875.00    824.63      .00
                    Int pd to:  1/01/13
        S/F IV  REF#
  64 12/31/12 10    PMT-INT ON ESCROW     1/13  349999.64   1481.29    10.35       .00       .00     10.35      .00
        S/F CK  REF# I
  63 12/17/12 1408  ZZZZF-E PAY FEE       1/13  349999.64   1470.94     9.95       .00       .00       .00      .00    9.95 08
        S/F C   REF#
  62 12/17/12 1499  ZZZZF-E PAY FEE       1/13  349999.64   1470.94     9.95       .00       .00       .00      .00    9.95 08
        S/F     REF#
  61 12/17/12 11    PRINCIPAL PAYMENT     1/13  349999.64   1470.94      .36       .36       .00       .00      .00
        S/F IV  REF#
  60 12/17/12 02    PAYMENT               1/13  350000.00   1470.94  1699.63       .00    875.00    824.63      .00
                    Int pd to: 12/01/12
        S/F IV  REF#
  59 12/07/12 6036  TOWN TAX    DISBURSED 12/12  350000.00    646.31  1407.74-     .00       .00   1407.74-     .00
                    PAYEE 36RI008 #0001215446 DUE 12/30/12
        S/F SC  REF# 0001215446
  58 11/16/12 1408  ZZZZF-E PAY FEE      12/12  350000.00   2054.05     9.95       .00       .00       .00      .00    9.95 08
        S/F C   REF#
  57 11/16/12 1499  ZZZZF-E PAY FEE      12/12  350000.00   2054.05     9.95       .00       .00       .00      .00    9.95 08
        S/F     REF#
  56 11/16/12 02    PAYMENT              12/12  350000.00   2054.05  1699.63       .00    875.00    824.63      .00
                    Int pd to: 11/01/12
        S/F IV  REF#
  55 10/26/12 6050  HAZARD SFR  DISBURSED 11/12  350000.00   1229.42  2719.00-     .00       .00   2719.00-     .00
                    PAYEE 5020029 #10262012IN DUE 10/19/12
        S/F WR  REF# 10262012INS
  54 10/16/12 1408  ZZZZF-E PAY FEE      11/12  350000.00   3948.42     9.95       .00       .00       .00      .00    9.95 08
        S/F C   REF#
  53 10/16/12 1499  ZZZZF-E PAY FEE      11/12  350000.00   3948.42     9.95       .00       .00       .00      .00    9.95 08
        S/F     REF#
  52 10/16/12 02    PAYMENT              11/12  350000.00   3948.42  1699.63       .00    875.00    824.63      .00
                    Int pd to: 10/01/12
        S/F IV  REF#
  51 10/10/12 6051  FLOOD SFR   DISBURSED 10/12  350000.00   3123.79  2322.00-     .00       .00   2322.00-     .00
                    PAYEE 5100125 #10102012IN DUE 10/24/12
        S/F WR  REF# 10102012INS
  50  9/17/12 1408  ZZZZF-E PAY FEE      10/12  350000.00   5445.79    10.00       .00       .00       .00      .00   10.00 08
        S/F C   REF#
  49  9/17/12 1499  ZZZZF-E PAY FEE      10/12  350000.00   5445.79    10.00       .00       .00       .00      .00   10.00 08
        S/F     REF#
  48  9/17/12 02    PAYMENT              10/12  350000.00   5445.79  1699.63       .00    875.00    824.63      .00
                    Int pd to:  9/01/12
        S/F SP  REF#
  47  8/31/12 6036  TOWN TAX    DISBURSED  9/12  350000.00   4621.16  1407.74-     .00       .00   1407.74-     .00
                    PAYEE 36RI008 #0001082816 DUE  9/30/12
        S/F SC  REF# 0001082816
```

```
SR497CR-02                                   Nationstar Mortgage LLC                                    1/24/17  7:41:53
HPUR1036                                      DETAIL TRANSACTION HISTORY                                JOB DT:  1/24/17
                                                                                                        PAGE:        10
     ---TRANSACTION----                    NEXT  -AFTER TRANS.BALANCES-      TOTAL   ---------------APPLIED---------------- MISC.PMTS
 NBR    DATE   CODE  -----DESCRIPTION------  DUE    PRINCIPAL    ESCROW     AMOUNT   PRINCIPAL INTEREST   ESCROW SUSPENSE/CD

 LOAN#                          CONTINUED

  46  8/16/12 02      PAYMENT               9/12  350000.00     6028.90    1796.97       .00    875.00    921.97      .00
                             Int pd to:  8/01/12
         S/F SP  REF#
  45  7/24/12 600V OVERAGE    DISBURSED    8/12  350000.00     5106.93    1565.28-      .00       .00   1565.28-      .00
              PAYEE PEMENTA #0001043436 DUE  0/00/00
         S/F SC  REF# 0001043436
  44  7/16/12 1408 ZZZZF-E PAY FEE         8/12  350000.00     6672.21       7.50       .00       .00       .00       .00    7.50 08
         S/F C   REF#
  43  7/16/12 1499 ZZZZF-E PAY FEE         8/12  350000.00     6672.21       7.50       .00       .00       .00       .00    7.50 08
         S/F     REF#
  42  7/16/12 02      PAYMENT              8/12  350000.00     6672.21    1796.97       .00    875.00    921.97       .00
                             Int pd to:  7/01/12
         S/F SP  REF#
  41  6/15/12 02      PAYMENT              7/12  350000.00     5750.24    1796.97       .00    875.00    921.97       .00
                             Int pd to:  6/01/12
         S/F SP  REF#
  40  5/31/12 6036 TOWN TAX    DISBURSED   6/12  350000.00     4828.27    1288.90-      .00       .00   1288.90-      .00
              PAYEE 36RI008 #0000994095 DUE  6/30/12
         S/F SC  REF# 0000994095
  39  5/16/12 02      PAYMENT              6/12  350000.00     6117.17    1796.97       .00    875.00    921.97       .00
                             Int pd to:  5/01/12
         S/F SP  REF#
  38  4/16/12 02      PAYMENT              5/12  350000.00     5195.20    1724.05       .00    802.08    921.97       .00
                             Int pd to:  4/01/12
         S/F SP  REF#
  37  3/16/12 1408 ZZZZF-E PAY FEE         4/12  350000.00     4273.23      15.00       .00       .00       .00       .00   15.00 08
         S/F C   REF#
  36  3/16/12 1499 ZZZZF-E PAY FEE         4/12  350000.00     4273.23      15.00       .00       .00       .00       .00   15.00 08
         S/F     REF#
  35  3/16/12 02      PAYMENT              4/12  350000.00     4273.23    1724.05       .00    802.08    921.97       .00
                             Int pd to:  3/01/12
         S/F SP  REF#
  34  3/06/12 6036 TOWN TAX    DISBURSED   3/12  350000.00     3351.26    1288.90-      .00       .00   1288.90-      .00
              PAYEE 36RI008 #0000915536 DUE  3/30/12
         S/F SC  REF# 0000915536
  33  3/05/12 2664 NON CASH FEE ADJ        3/12  350000.00     4640.16      40.10-      .00       .00       .00       .00   40.10-01
         S/F D   REF#
  32  2/29/12 0283 PAYMENT                 3/12  350000.00     4640.16    1724.05       .00    802.08    921.97       .00
                             Int pd to:  2/01/12
         S/F SP  REF#
  31  2/16/12 1499 ZZZZF-Late Charges      2/12  350000.00     3718.19      40.10       .00       .00       .00       .00   40.10 01
         S/F     REF#
  30  1/17/12 1408 ZZZZF-E PAY FEE         2/12  350000.00     3718.19       9.95       .00       .00       .00       .00    9.95 08
         Effective date:  1/16/12
         S/F C   REF#
  29  1/17/12 1499 ZZZZF-E PAY FEE         2/12  350000.00     3718.19       9.95       .00       .00       .00       .00    9.95 08
         Effective date:  1/16/12
         S/F     REF#
  28  1/17/12 02      PAYMENT              2/12  350000.00     3718.19    1724.05       .00    802.08    921.97       .00
         Effective date:  1/16/12  Int pd to:  1/01/12
         S/F IV  REF#
```

```
SR497CR-02                              Nationstar Mortgage LLC                                   1/24/17  7:41:53
HPUR1036                               DETAIL TRANSACTION HISTORY                                 JOB DT:  1/24/17
                                                                                                  PAGE:        11
 ---TRANSACTION----                     NEXT -AFTER TRANS.BALANCES-      TOTAL   ----------------APPLIED----------------- MISC.PMTS
 NBR    DATE   CODE -----DESCRIPTION------ DUE   PRINCIPAL    ESCROW    AMOUNT   PRINCIPAL INTEREST   ESCROW SUSPENSE/CD

 LOAN#   ███████              CONTINUED

  27 12/30/11 10    PMT-INT ON ESCROW     1/12   350000.00   2796.22     2.26        .00       .00     2.26      .00
           S/F CK  REF# I
  26 12/15/11 1408 ZZZZF-E PAY FEE        1/12   350000.00   2793.96     7.50        .00       .00      .00      .00       7.50 08
           S/F C   REF#
  25 12/15/11 1499 ZZZZF-E PAY FEE        1/12   350000.00   2793.96     7.50        .00       .00      .00      .00       7.50 08
           S/F WC  REF#
  24 12/15/11 02   PAYMENT                1/12   350000.00   2793.96  1724.05        .00    802.08   921.97      .00
                       Int pd to: 12/01/11
           S/F SP  REF#
  23 12/05/11 6036 TOWN TAX    DISBURSED 12/11   350000.00   1871.99  1288.90-       .00       .00  1288.90-     .00
                  PAYEE 36RI008 #0000818122 DUE 12/30/11
           S/F SC  REF# 0000818122
  22 11/15/11 1408 ZZZZF-E PAY FEE       12/11   350000.00   3160.89    15.00        .00       .00      .00      .00      15.00 08
           S/F C   REF#
  21 11/15/11 1499 ZZZZF-E PAY FEE       12/11   350000.00   3160.89    15.00        .00       .00      .00      .00      15.00 08
           S/F     REF#
  20 11/15/11 02   PAYMENT               12/11   350000.00   3160.89  1724.05        .00    802.08   921.97      .00
                       Int pd to: 11/01/11
           S/F SP  REF#
  19 10/17/11 02   PAYMENT               11/11   350000.00   2238.92  1724.05        .00    802.08   921.97      .00
                       Int pd to: 10/01/11
           S/F SP  REF#
  18 10/06/11 6051 FLOOD SFR   DISBURSED 10/11   350000.00   1316.95  2051.00-       .00       .00  2051.00-     .00
                  PAYEE 5100125 #10062011IN DUE 10/24/11
           S/F WR  REF# 10062011INS
  17 10/06/11 6050 HAZARD SFR  DISBURSED 10/11   350000.00   3367.95  2689.00-       .00       .00  2689.00-     .00
                  PAYEE 5020029 #10062011IN DUE 10/19/11
           S/F WR  REF# 10062011INS
  16  9/16/11 02   PAYMENT               10/11   350000.00   6056.95  1724.05        .00    802.08   921.97      .00
                       Int pd to:  9/01/11
           S/F SP  REF#
  15  9/02/11 02   PAYMENT                9/11   350000.00   5134.98  1724.05        .00    802.08   921.97      .00
                       Int pd to:  8/01/11
           S/F SP  REF#
  14  8/31/11 6036 TOWN TAX    DISBURSED  8/11   350000.00   4213.01  1288.90-       .00       .00  1288.90-     .00
                  PAYEE 36RI008 #0000749095 DUE  9/30/11
           S/F SC  REF# 0000749095
  13  8/17/11 2664 NON CASH FEE ADJ        8/11   350000.00   5501.91    40.10-       .00       .00     .00      .00      40.10-01
           S/F WC  REF#
  12  8/17/11 1499 ZZZZF-Late Charges      8/11   350000.00   5501.91    40.10        .00       .00     .00      .00      40.10 01
           S/F     REF#
  11  8/19/11 2543 ESCROW ADJ              8/11   350000.00   5501.91  5501.91        .00       .00  5501.91     .00
       Effective date:  9/01/10
           S/F LB  REF#
  10  8/19/11 8103 NEW LOAN NOCASH         8/11   350000.00       .00 350000.00-  350000.00-     .00     .00      .00
       Effective date:  9/01/10
           S/F LB  REF#
                       * * * * TOTALS * * * *                          349999.64-24062.44
```