**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2004-AA5,**

    **Plaintiff**

v.                                                            CASE No. _____

**CHRISTOPHER PEMENTAL, BARRINGTON HISTORICAL SOCIETY, LLC and all other unknown successors, assigns or distributees of BARRINGTON HISTORICAL SOCIETY, LLC,**

    **Defendants**
_____/

**CORPORATE DISCLOSURE STATEMENT**
**OF THE BANK OF NEW YORK MELLON**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for First Horizon Alternative Mortgage Securities Trust 2004-AA5, hereby files this statement identifying its parent companies and any publicly held corporation that owns 10% of its stock:

1.     The Bank of New York Mellon is a principal subsidiary of the Bank of New York Mellon Corporation.

2.     No publicly held company owns more than ten percent (10%) or more of the Bank of New York Mellon Corporation's stock.

1

Dated: January 25, 2017					Respectfully submitted,

								The Bank of New York Mellon f/k/a The
								Bank of New York, as Trustee for First
								Horizon Alternative Mortgage Securities
								Trust 2004-AA5,
								By its attorney,


								/s/ John S. McNicholas
								John S. McNicholas, Esq., RI# 8732
								Korde & Associates, P.C.
								900 Chelmsford Street, Suite 3102
								Lowell, MA 01851
								(978) 256-1500 (ext. 203)
								jmcnicholas@kordeassociates.com