UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**THE BANK OF NEW YORK MELLON**
**f/k/a THE BANK OF NEW YORK, AS**
**TRUSTEE FOR FIRST HORIZON**
**ALTERNATIVE MORTGAGE**
**SECURITIES TRUST 2004-AA5,**

    **Plaintiff**

v.                                                                             CASE No. 1:17-cv-00031-S-PAS

**CHRISTOPHER PEMENTAL,**
**BARRINGTON HISTORICAL**
**SOCIETY, LLC and all other unknown**
**successors, assigns or distributees of**
**BARRINGTON HISTORICAL**
**SOCIETY, LLC,**

    **Defendants**
_____/

### PLAINTIFF'S SUPPLEMENT TO MOTION TO SERVE UNKNOWN PARTIES VIA PUBLICATION

Pursuant to the Court's Order of May 1, 2017 relative to Plaintiff's Motion to Serve Unknown Parties via Publication previously filed on April 17, 2017 (Docket Entry No. 5), Plaintiff files this Supplement.

The real estate which is the subject of this judicial foreclosure action is presently held as a matter of record title by Barrington Historical Society, LLC ("BHS"), organized under the laws of Rhode Island, by virtue of a deed given by the Defendant, Christopher Pemental, dated January 3, 2006 and recorded with the Town of Barrington Land Evidence Records in Book 957, Page 306 a copy of which is attached hereto as Exhibit 1.

The Rhode Island Secretary of State revoked BHS's authority to do business in Rhode Island in August of 2008.

1

Plaintiff now seeks to serve the Defendant, All Other Unknown successors, assigns, or distributees of Barrington Historical Society, LLC, by an order of publication to be published once a week, for three consecutive weeks, in both the Barrington Times and the Providence Journal with the first publications in each newspaper to occur within ten (10) days of the Court's allowance of the Motion to Serve Unknown Parties Via Publication. A copy of the proposed notice to be published is attached hereto as Exhibit 2.

WHEREFORE, Plaintiff respectfully requests that the Court:

(a) Order service of the Defendants, All Unknown Successors, Assigns or Distributees of Barrington Historical Society, LLC, via publication in the Barrington Times and in the Providence Journal as proposed herein;

(b) Endorse the proposed Order of Notice for Publication submitted herewith; and

(c) Grant such further relief as the Court deems just.

| | |
|---|---|
| May 4, 2017 | Respectfully Submitted, |
| | The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for First Horizon Alternative Mortgage Securities Trust 2004-AA5, <br> By its Attorney, <br><br> /s/ John S. McNicholas <br> John S. McNicholas, Esq., RI# 8732 <br> Korde & Associates, P.C. <br> 900 Chelmsford Street, Suite 3102 <br> Lowell, MA 01851 <br> (978) 256-1500 (ext. 203) <br> jmcnicholas@kordeassociates.com |