**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THE BANK OF NEW YORK MELLON**
**f/k/a THE BANK OF NEW YORK, AS**
**TRUSTEE FOR FIRST HORIZON**
**ALTERNATIVE MORTGAGE**
**SECURITIES TRUST 2004-AA5,**

    **Plaintiff**

v.                                                                              CASE No. 17-cv-00031-WES-PAS

**CHRISTOPHER PEMENTAL,**
**BARRINGTON HISTORICAL**
**SOCIETY, LLC and all other unknown**
**successors, assigns or distributees of**
**BARRINGTON HISTORICAL**
**SOCIETY, LLC,**

    **Defendants**
_____/

**PLAINTIFF'S MOTION FOR EXTENSION**
**OF TIME FOR FILING DISPOSITIVE MOTION**

Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for First Horizon Alternative Mortgage Securities Trust 2004-AA5 (BNY Mellon), hereby moves for the Court for an extension of time from April 12, 2018, until May 11, 2018, within which to file its dispositive motion. As grounds therefor, Counsel for BNY Mellon states that the motion and supporting pleadings have been drafted and that he is in the process of having a supporting affidavit by Nationstar Mortgage LLC, the Loan Servicer for BNY Mellon, reviewed and executed. It is anticipated that the review process can take as much as 10 days to two weeks and in order to allow sufficient time to complete the review, make any revisions that may be necessary and obtain an executed affidavit for filing, Counsel is requesting an extension of time to May 11, 2018.

Dated: April 10, 2018.                    Respectfully Submitted,

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for First Horizon Alternative Mortgage Securities Trust 2004-AA5,
By its Attorney,


/s/ Walter H. Porr, Jr., Esq.
Walter H. Porr, Jr., Esq., RI# 8967
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
(978) 256-1500 (ext. 263)
wporr@kordeassociates.com


## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2018, the foregoing document was filed through the electronic filing system with electronic service completed on all parties registered therein to receive notice and that any non-registered attorneys or parties have been served in accordance with the Federal Rules of Civil Procedure.

This document is available for viewing and downloading from the United States District Court's Electronic Filing System.

/s/ Walter H. Porr, Jr, Esq.
Walter H. Porr, Jr, Esq., RI# 8967