# EXHIBIT

# 1

# The Bank of New York Mellon (FDIC # 639)

**Active** Insured Since January 1, 1934

**Data as of:** April 4, 2018

**The Bank of New York Mellon** is an active bank

| | |
|---|---|
| FDIC Certificate#: | **639** |
| Headquarters: | 225 Liberty Street<br>New York, NY 10286<br>New York County |
| Locations: | **10** domestic in **4** states,<br>**0** in territories, and **12** in foreign locations |
| Established: | January 1, 1851 |
| Insured: | January 1, 1934 |
| Bank Charter Class: | Member of the Federal Reserve System |
| Primary Federal Regulator: | Federal Reserve Board |
| Secondary Federal Regulator: | Consumer Financial Protection Bureau |
| Corporate Website:<br>http://www.bnymellon.com | |
| Consumer Assistance:<br>http://www.FederalReserveConsumerHelp.gov | |
| Contact the FDIC about:<br>The Bank of New York Mellon | |

Locations | History | Identifications | Financials | Other Names / Websites

**Showing 1 to 22 of 22 entries**

| UNINUM | Number | Name | Address | County | City | State | Zip | Service Type | Established Date | Acquired Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 183537 | 22 | Frankfurt Branch (Frgn) | Niedenau 61-63 | | Frankfurt | | | Full Service Brick and Mortar Office | 10/16/1972 | |
| 183538 | 23 | Georgetown Branch (Frgn) | Thompson Building | | Georgetown | | | Full Service Brick and Mortar Office | 12/14/1972 | |
| 183112 | 138 | Grand Cayman Branch (Frgn) | Cardinal Avenue, Barclays Bank Bldg. | | Georgetown | | | Full Service Brick and Mortar Office | 12/21/1973 | 10/07/1989 |
| 183546 | 31 | Hong Kong Branch (Frgn) | 73 New Henry House | | Hong Kong | | | Full Service Brick and Mortar Office | 05/21/1984 | |
| 183535 | 20 | London Branch (Frgn) | 46 Berkeley Street | | London | | | Full Service Brick and Mortar Office | 07/01/1965 | |
| 183111 | 137 | London Branch (Frgn) | 147-48 Leadenhall Street | | London | | | Full Service Brick and Mortar Office | 10/30/1967 | 10/07/1989 |
| 183542 | 27 | Milan Branch (Frgn) | Largo Donegani, 1 | | Milan | | | Full Service Brick and Mortar Office | 01/12/1979 | |
| 183550 | 35 | Osaka Branch (Frgn) | 61 Azuchimachi 2-Chome | | Osaka | | | Full Service Brick and Mortar Office | 05/24/1985 | |
| 183551 | 36 | Seoul Branch | 250 2k-2, Taepyung-Ro | | Seoul | | | Full Service Brick and Mortar Office | 07/30/1988 | |

| UNINUM | Number | Name | Address | County | City | State | Zip | Service Type | Established Date | Acquired Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 183540 | 25 | Singapore Branch (Frgn) | Ocean Building | | Singapore | | | Full Service Brick and Mortar Office | 10/28/1974 | |
| 183113 | 139 | Singapore Branch (Frgn) | Ocean Building, Suite 2202-4 | | Singapore | | | Full Service Brick and Mortar Office | 10/01/1975 | 10/07/1989 |
| 183539 | 24 | Tokyo 100-31 Branch (Frgn) | 22-2 Uchisaiwaicha | | Tokyo | | | Full Service Brick and Mortar Office | 04/09/1973 | |
| 557649 | 521 | 1250 H Street, Nw Branch | 1250 H Street, Nw | District Of Columbia | Washington | DC | 20005 | Limited Service Trust Office | 08/16/2013 | |
| 581774 | 522 | Woodland Park Trust Office | 385 Rifle Camp Road | Passaic | Woodland Park | NJ | 07424 | Limited Service Trust Office | 07/01/2007 | |
| 183557 | 366 | Mamaroneck Avenue Branch | 440 Mamaroneck Avenue | Westchester | Harrison | NY | 10528 | Limited Service Consumer Credit Office | 08/01/1994 | |
| 183558 | 367 | Temple Hill Road Branch | 296 Temple Hill Road | Orange | New Windsor | NY | 12553 | Limited Service Loan Production Office | 08/01/1994 | |
| 420 | | The Bank Of New York Mellon | 225 Liberty Street | New York | New York | NY | 10286 | Full Service Brick and Mortar Office | 01/01/1851 | |
| 594814 | 523 | Gss Branch | 101 Barclay Street | New York | New York | NY | 10007 | Limited Service Facility Office | 01/02/2018 | |
| 183541 | 26 | Uv Factors Corp Branch | 250 West 34th Street | New York | New York City | NY | 10001 | Limited Service Loan Production Office | 12/30/1978 | |
| 480439 | 510 | Mellon Branch | Bny Mellon Center, 500 Grant Street | Allegheny | Pittsburgh | PA | 15258 | Full Service Brick and Mortar Office | 07/01/2008 | 07/01/2008 |
| 541071 | 520 | 500 Ross Street Trust Office | 500 Ross Street | Allegheny | Pittsburgh | PA | 15262 | Limited Service Trust Office | 09/21/2009 | |
| 532010 | 517 | Radnor Financial Branch | 201 King Of Prussia Rd | Delaware | Radnor | PA | 19087 | Full Service Brick and Mortar Office | 07/01/2008 | |

# The Bank of New York Mellon (FDIC # 639)

**Active** Insured Since January 1, 1934

**Data as of:** April 4, 2018

**The Bank of New York Mellon** is an active bank

| | |
|---|---|
| **FDIC Certificate#:** | **639** |
| **Headquarters:** | 225 Liberty Street<br>New York, NY 10286<br>New York County |
| **Locations:** | **10** domestic in **4** states,<br>**0** in territories, and **12** in foreign locations |
| **Established:** | January 1, 1851 |
| **Insured:** | January 1, 1934 |
| **Bank Charter Class:** | Member of the Federal Reserve System |
| **Primary Federal Regulator:** | Federal Reserve Board |
| **Secondary Federal Regulator:** | Consumer Financial Protection Bureau |
| **Corporate Website:**<br>http://www.bnymellon.com | |
| **Consumer Assistance:**<br>http://www.FederalReserveConsumerHelp.gov | |
| **Contact the FDIC about:**<br>The Bank of New York Mellon | |

Locations | History | Identifications | Financials | Other Names / Websites

**Showing 1 to 4 of 4 entries (filtered from 12 total entries)**

| Date | Event |
|---|---|
| 1/1/1851 | Institution established: Original name:Irving Trust Company (639) |
| 10/7/1989 | Changed name to **The Bank of New York** (639) |
| 7/1/2008 | Moved bank headquarters from NEW YORK CITY, NY to NEW YORK, NY |
| 7/1/2008 | Changed name to **The Bank of New York Mellon** (639) |

**Information as of:** April 5, 2018