UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE BANK OF NEW YORK MELLON
f/k/a THE BANK OF NEW YORK, AS
TRUSTEE FOR FIRST HORIZON
ALTERNATIVE MORTGAGE
SECURITIES TRUST 2004-AA5,

    **Plaintiff**

v.                                CASE No. 1:17-cv-00031-S-PAS

CHRISTOPHER PEMENTAL,
BARRINGTON HISTORICAL
SOCIETY, LLC and all other unknown
successors, assigns or distributees of
BARRINGTON HISTORICAL
SOCIETY, LLC,

    **Defendants**

_____/

**AFFIDAVIT OF** __Christy Vieau__ **IN**
**SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

    I, __Christy Vieau__, of Nationstar Mortgage LLC, having personal knowledge of the facts contained in this affidavit, on oath, state as follows:

    1.    I am employed by and serve in the capacity of __Document Execution Associate__ at Nationstar Mortgage LLC (Nationstar).

    2.    In my capacity as __Document Execution Associate__, I have knowledge of the business records of Nationstar as they relate to the Mortgage which is the subject of this Affidavit. Nationstar's records are kept in the ordinary course of business by persons who have a business duty to make such records. The records are made at or near the occurrence of events so recorded. To the extent records related to the subject mortgage loan come from another entity, those records were received by Nationstar in the ordinary course of its business, have been incorporated into and maintained as part of Nationstar's business records, and have been relied on

1

by Nationstar. I have personal knowledge of the facts set forth in this Affidavit based upon my review of Nationstar's business records maintained in connection with the Mortgage and the related Mortgage loan account whose repayment the Mortgage secures.

3. Nationstar is the current loan servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for First Horizon Alternative Mortgage Securities Trust 2004-AA5 (BNY Mellon), the holder by assignment of that certain mortgage dated September 7, 2004, given by Defendant, Christopher Pemental, to Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for First Horizon Home Loan Corporation, in the original principal amount of $350,000.00 and recorded with the LER on September 8, 2004 in Book 869, Page 84 (the "Mortgage"). A certified copy of the Mortgage is attached to the Complaint as Exhibit 2.

4. In the course of reviewing and executing this affidavit, I have consulted Nationstar's system of record and the documents uploaded to such system in connection with the foreclosure action referenced in the Complaint.

5. Defendant Pemental has defaulted in the monthly payment obligations due under the Note and the Mortgage and his mortgage account with Nationstar, as servicer of the Loan for BNY Mellon, is now due for the January 1, 2014, payment together with all subsequently accrued but unpaid installments.

6. Pursuant to the terms of the Mortgage, Nationstar, as servicer of the Loan for BNY Mellon, sent Pemental Notices of Default on September 15, 2014, at both the Property address and at 19 Stanley Avenue, Barrington, RI 02806 via certified mail. True and accurate copies of said Notices are attached to the Complaint as Exhibit 6.

2

7. The default set forth in the September 15, 2014, Notice of Default has not been cured.

Signed this  11  day of April, 2018.    Nationstar Mortgage LLC

By: Christy Vieau   04/11/18

Title: Document Execution Associate

STATE OF TEXAS )
)
COUNTY OF DENTON )

The foregoing instrument was acknowledged and sworn before me this  11  day of April, 2018, by  Christy Vieau  as a  Document Execution Associate  of Nationstar Mortgage LLC, who is personally known to me or who has produced  (personally known)  as identification.

JEAN ALBERT NGUENDE-POKAM
Notary Public, State of Texas
Comm. Expires 06-27-2020
Notary ID 129028531

Notary Public

My Commission Expires: 06/27/2020

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2018, I caused this document to be filed through the electronic filing system with electronic service completed on all parties registered therein to receive notice in this case.

The document electronically filed and served is available for viewing and/or downloading from the United State District Court for the District of Rhode Island's Electronic Case Filing System.

/s/ Walter H. Porr, Jr., Esq.
Walter H. Porr, Jr., Esq.,