UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

**THE BANK OF NEW YORK MELLON**
**f/k/a THE BANK OF NEW YORK, AS**
**TRUSTEE FOR FIRST HORIZON**
**ALTERNATIVE MORTGAGE**
**SECURITIES TRUST 2004-AA5,**
               **Plaintiff,**

v.                                                 CASE No. 17-cv-00031-WES-PAS

**CHRISTOPHER PEMENTAL,**
**BARRINGTON HISTORICAL**
**SOCIETY, LLC and all other unknown**
**successors, assigns or distributees of**
**BARRINGTON HISTORICAL**
**SOCIETY, LLC,**
               **Defendants**
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL MEMORANDUM**

      Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for First Horizon Alternative Mortgage Securities Trust 2004-AA5 (BNY Mellon), has no objection per se to the motion of Defendants, Christopher Pemental and Barrington Historical Society, LLC for leave to file a supplemental memorandum as long as sufficient time is accorded to the Plaintiff to file a reply thereto.

Dated:  March 26, 2019                  Respectfully Submitted,

                                                 The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for First Horizon Alternative Mortgage Securities Trust 2004-AA5,
By its Attorney,

/s/ Catherine V. Eastwood_____
Catherine V. Eastwood, Esq., RI# 6406
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
(978) 256-1500 (ext. 249)
ceastwood@kordeassociates.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, I caused this document to be filed through the electronic filing system with electronic service completed on all parties registered therein to receive notice in this case.

The document electronically filed and served is available for viewing and/or downloading from the United State District Court for the District of Rhode Island's Electronic Case Filing System.

/s/ Catherine V. Eastwood
Catherine V. Eastwood, Esq., RI# 6406