## UNITED STATE DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**THE BANK OF NEW YORK MELLON**
**f/k/a THE BANK OF NEW YORK, AS**
**TRUSTEE FOR FIRST HORIZON**
**ALTERNATIVE MORTGAGE**
**SECURITIES TRUST 2004-AA5,**
                    **Plaintiff,**

**v.**                                                      **CASE No. 17-cv-00031-WES-PAS**

**CHRISTOPHER PEMENTAL,**
**BARRINGTON HISTORICAL**
**SOCIETY, LLC and all other unknown**
**successors, assigns or distributees of**
**BARRINGTON HISTORICAL**
**SOCIETY, LLC,**
                    **Defendants**
_____/


### ASSENTED TO MOTION TO STAY PROCEEDINGS

NOW COMES the Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2004-AA5 ("BONY" or "Plaintiff"), and hereby requests this Court to stay all activity in and toll all deadlines applicable to the above-referenced judicial foreclosure action to August 5, 2019.

As grounds, Plaintiff states that Nationstar Mortgage LLC d/b/a Mr. Cooper, as servicer of the mortgage loan for BONY, has placed this matter on an internal "hold" due to receipt of a Request for Information under Regulation X of the Mortgage Servicing Act as amended by the Consumer Financial Protection Bureau from the Defendant-Mortgagor, Christopher Pemental. Plaintiff's supplemental response to the Defendants' opposition to Plaintiff's Motion for Summary Judgment has a deadline of June 5, 2019 and the parties seek to stay any action on that

motion/responses as well as any other activity in the case while the information requested by the Defendant-Mortgagor is compiled.

John B. Ennis has provided his assent to this Motion.

WHEREFORE, the Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2004-AA5 requests that the Court:

(a)     Enter an Order staying all activity in and tolling the running of all deadlines applicable to this action through and including August 5, 2019; and

(b)     Grant such further relief as the Court deems just and proper.

Dated: June 4, 2019                              Respectfully Submitted,

The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2004-AA5,
Plaintiff
By its Attorney,


/s/ Catherine V. Eastwood
Catherine V. Eastwood, Esq., RI# 6406
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
(978) 256-1500 (ext. 249)
ceastwood@kordeassociates.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2019, I caused this document to be filed through the electronic filing system with electronic service completed on all parties registered therein to receive notice in this case.

The document electronically filed and served is available for viewing and/or downloading from the United State District Court for the District of Rhode Island's Electronic Case Filing System.

/s/ Catherine V. Eastwood_____
Catherine V. Eastwood, Esq., RI# 6406