NOTICE OF MOTION

DECEMBER 2, 2021

MOTION CALENDAR

9:30 AM

STATE OF RHODE ISLAND                                SUPERIOR COURT

PROVIDENCE, SC

KELKAT HOLDINGS, LLC

    VS

AGHA KHAN, ROMAISA KHAN AND   CA PD-2020-6105

SHASTA KHAN

    VS

KELKAT HOLDINGS, LLC et al

**MOTION TO EXTEND TIME TO FILE MOTION TO FILE NOTICE OF APPEAL TO DECEMBER 18, 2021.**

    Counterclaim Plaintiffs, by their attorney, move that this Court extend the time to file a Notice of Appeal in this case. The Plaintiffs have filed a Motion to Reconsider, Alter and Amend Judgment pursuant to RCP 59(e) to December 3, 2021 which will be heard on December 2, 2021. If that Motion is granted, the time to file an appeal will be automatically extended pursuant to Supreme Court Rule 4. The Counterclaim Defendants' Motion to Reconsider, Alter and Amend if granted will render an appeal moot and unnecessary.

|  |  |
|---|---|
|  | **AGHA KHAN, ROMAISA KHAN** |
|  | **SHASTA KHAN** |
| November 22, 2021 | By their Attorney, /s/ John B. Ennis JOHN B. ENNIS, ESQ. #2135 1200 Reservoir Avenue Cranston, Rhode Island 02920 (401) 943-9230 Jbelaw75@gmail.com |

## CERTIFICATION

I hereby certified that a copy of this Motion was served on all attorneys of record by efiling on November 11, 2021.

/s/ John B. Ennis